IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

BELKIS LASSO,                )
                             )
    Plaintiff,           )
                             )
VS.                          )     No. 13-1249-JDT-egb
                             )
APRIA HEALTH CARE,           )
                             )
    Defendant.           )

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

On November 20, 2013, Magistrate Judge Edward G. Bryant issued a report and recommendation that the *pro se* complaint that was filed in this matter be dismissed for failure to state a claim upon which relief can be granted but that Plaintiff be given fourteen (14) days to amend his complaint to allege a Title VII employment claim, including the exhaustion of administrative remedies and the classification that he is proceeding under [DE# 7]. No timely objection has been filed. Consequently, the report and recommendation is ADOPTED, and leave to amend is GRANTED.

Any amendment must be filed within fourteen (14) days of the date of entry of this order. Plaintiff is advised that an amended complaint supersedes the original complaint and must be complete in itself without reference to the prior pleading. The text of the complaint must allege sufficient facts to support each claim without reference to any extraneous document. Any exhibits must be identified by number in the text of the amended complaint

and must be attached to the complaint. The amendment may not include any claim that was not in the original complaint. Each claim for relief must be stated in a separate count. If Plaintiff fails to file an amended complaint within the time specified, the court will enter judgment.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE